**FILED**

OCT - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## District of Columbia

Heshmat Ansari,
11011 Grassy Knoll Terrace
Germantown, MD 20876
(301) 980-5847

VS.

Case: 1:07-cv-01778
Assigned To : Lamberth, Royce C.
Assign. Date : 10/3/2007
Description: Employ. Discrim.

Mike Johanns,
Secretary of Agriculture
1400 Independence Avenue, SW
Washington, DC 20250

## Plaintiff Motion for Court Appointed Counsel

I respectfully request Court to appoint me with attorney in proceeding with my case. I personally can not afford to hire attorney or pay for consultation services. I have contacted some attorneys seeking for assistance with paper work and processing, their demand for consultation and hourly rate was beyond my budgetary obligation.

*Heshmat Ansari, Ph.D*
*Retired, Major*
*US Army*

2