## Certificate of Service

I certify that the documents listed were sent on this date by Certified Mail to:

UPS Track # 7004 1160 0004 0299 4160
United States Department of Agriculture
1400 Independence Avenue, SW
Washington, DC 20250

UPS Track # 7004 1160 0004 0299 0247
United States Attorney for the District of Columbia
501 Third Street, NW.
Washington, DC 20001

UPS Track # 7064 1160 0004 0299 4153
United States Attorney General
950 Pennsylvania Avenue, NW.
Washington, DC 20530

Enclosures: United States District Court, For the District of Columbia, Summons In A Civil Case # 1:07-cv-01778, Dated October 3, 2007

Certified By: [signature]    Date: 10/5/2007

**RECEIVED**

OCT 9 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT