UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESHMAT ANSARI<br>11011 Grassy Knoll Terrace<br>Germantown, MD 20876<br><br>          Plaintiff<br>     v.<br><br>MIKE JOHANNS,<br>Secretary of Agriculture<br>1400 Independence Avenue, SW<br>Washington, DC 20250<br><br>          Defendant. | Civil Action No.: 07-1778 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher Harwood as counsel for Defendant in the above-captioned case.

/s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Heshmat Ansari**, by mail postage pre-paid and addressed as follows:

HESHMAT ANSARI
11011 Grassy Knoll Terrace
Germantown, MD 20876

/s/
CHRISTOPHER HARWOOD
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-0372
Christopher.Harwood@usdoj.gov