UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESHMAT ANSARI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1778 (RCL) |
| ) | |
| MIKE JOHANNS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant hereby moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 30 days, up to and including February 7, 2008, to respond to Plaintiff's Complaint. On December 27, 2007, counsel for Defendant spoke to pro se Plaintiff by telephone and Plaintiff stated that he consents to this motion. The grounds for this motion are as follows:

1. Plaintiff's Complaint contains five counts, at least some of which it appears may be subject to dismissal. However, the Assistant United States Attorney who has been assigned primary responsibility for this action (the "AUSA") has only recently been able to obtain the documents he needs to determine whether some of Plaintiff's claims are in fact deficient.

2. In order to decide how to respond to Plaintiff's Complaint (i.e., whether to file a dispositive motion or an answer), the AUSA must review the relevant documents and consult with agency counsel, who is currently on leave through January 7, 2008. The AUSA will then need additional time to draft Defendant's response to the Complaint. For these reasons, Defendant respectfully seeks an extension of 30 days, up to and including February 7, 2008, to file its response to the Complaint.

3. This extension is sought in good faith and not for purposes of delay.

Accordingly, Defendant respectfully requests that this Motion for an Enlargement of Time be granted. A proposed order is attached hereto.

                         Respectfully submitted,

                         /s/
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney

                         /s/
                         RUDOLPH CONTRERAS, D.C. BAR # 434122
                         Assistant United States Attorney

                         /s/
                         CHRISTOPHER B. HARWOOD
                         Assistant United States Attorney
                         United States Attorney's Office
                         Civil Division
                         555 4th Street, N.W.
                         Washington, D.C. 20530
                         (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of December, 2007, a true and correct copy of the foregoing Motion and the proposed order were served via first class prepaid postage as follows:

**Heshmat Ansari**
11011 Grassy Knoll Terrace
Germantown, MD 20876

          /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESHMAN ANSARI, )<br>)<br>       Plaintiff, )<br>)<br>    v. )<br>)<br>MIKE JOHANNS, )<br>)<br>       Defendant. )<br>_____) | Civil Action No. 07-1778 (RCL) |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having considered Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Defendant's Consent Motion"), and the entire record herein, it is, this

_____ day of _____, 200\_\_\_,

ORDERED that Defendant's Consent Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant must file its response to Plaintiff's Complaint by February 7, 2008.

SO ORDERED.

_____
United States District Court Judge

Copy to:

**ECF counsel**

**Heshmat Ansari**
11011 Grassy Knoll Terrace
Germantown, MD 20876