UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HESHMAN ANSARI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1778 (RCL) |
| ) | |
| MIKE JOHANNS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Having considered Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Complaint ("Defendant's Consent Motion"), and the entire record herein, it is, this 2nd day of January, 2008,

ORDERED that Defendant's Consent Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant must file its response to Plaintiff's Complaint by February 7, 2008.

SO ORDERED.

/s/
U.S. District Court Judge Royce C. Lamberth