UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Hashmat Ansari :
   Plaintiff

:

V. : Ca NO. 07-1778 (RCL)

Mike Johanns :
   Defendant :

*Let this be filed.*
*Send cy for counsel fredy.*
*Roger C. Lamberth*
*USDJ.*
*6/20/08*

PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S WHISTLEBLOWER CLAIMS

1. Plaintiff who was subjected to acts of discrimination by his employer, United States Department of Agriculture, filed a claim with the EEO office. The Final Agency Decision did not find discrimination.[1] The final decision reminded plaintiff he could file a Complaint in Federal District Court.

2. Plaintiff then acting *pro se*, filed a Complaint in the U.S. District Court. Because he is not a lawyer, his complaint was not drafted properly.

3. Defendant has filed a motion to dismiss Plaintiff's Whistleblower claims.

4. Plaintiff has no objection to dismissing the whistleblower claims. However, he ask that his Title VII discrimination claims not be dismissed.

5. Plaintiff also ask, if his request is granted, that he be given 45 days from the issuance of the order to find counsel and amend his Complaint.

---

[1] The Equal Employment Opportunity Commission's finding of no reasonable cause does not preclude a de nova hearing in federal district court. *McDonnell Douglas Corp. V. Green* 411 U.S. 792. Nor does an adverse agency decision bar suit.

**RECEIVED**

MAY 1 9 2008

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Respectfully Submitted

*[signature]*                                                    Date 5/19/2008

Heshmat Ansari
11011 Grassy Knoll Terrace
Germantown, MD 20876
(301) 980-5847
Pro Se Plaintiff