UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Hashmat Ansari          :
   Plaintiff

                        :

   V.                   : Ca.NO. 07-1778 (RCL)

Mike Johanns            :
   Defendant            :

**FILED**

JUN 2 0 2008

Clerk, U.S. District and
Bankruptcy Courts

ORDER

This matter having come before the court on Defendant's Motion To Dismiss Plaintiff's Whistleblower Claims and Plaintiff's Response; the court having reviewed the files and good cause appearing; it is

ORDERED

That defendant's Motion to dismiss the Whistleblower claim is granted it is further

ORDERED

That Plaintiff has forty five days (45) from the date of this order to retain counsel and amend his Title VII Complaint.

Date 6/20/08                          Royce C. Lamberth
                                      United States District Judge